IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00216-WDM-KMT

RODNEY DeWALT,

     Plaintiff,

v.

FLORENCE LARSEN, individually, and
KAL ZEFF ESTATE AND SUCCESSORS,

     Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion in Reference to Defendants Motion to Dismiss and Summary Judgment" (Doc No. 6, filed February 29, 2008). Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. Furthermore, Section V.G.4. of the ECF Procedures for the District of Colorado requires filers to serve copies of any electronically filed pleading, document, or proposed order on parties not registered for ECF according to the Federal Rules of Civil Procedure. Section V.G.4. further states that when serving paper copies of documents that have been electronically filed, the filer shall include a copy of the Notice of Electronic Filing to provide the recipient with proof of the filing.

Plaintiff is not registered for ECF. He has, however, provided an address at which service may be made by defendants. Therefore, it is ORDERED that Plaintiff's motion for order (#6) is GRANTED. Defendants shall serve Plaintiff with every document they have filed in this case and shall file a certificate of service of same with the court. Service of previously filed documents shall be completed by March 6, 2008. It is further ORDERED that Defendants shall serve Plaintiff with every document they file in the future. Failure to comply with these orders may result in the striking of any documents filed for failure to comply with ECF procedures, Fed. R. Civ. P. 5, and failure to comply with court orders. It is further ORDERED that Plaintiff is granted an extension of time until March 31, 2008 to file his responses to the Motion to Dismiss and the Motion to Dismiss and the Motion for Summary Judgment filed by Defendants.

Dated this 4th day of March, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge