IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00216-WDM-KMT


RODNEY DeWALT,

      Plaintiff,

v.

FLORENCE LARSEN, individually, and
KAL ZEFF ESTATE AND SUCCESSORS,

      Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiff's Motion for Order for Documents (#9, filed March 4, 2008) is DENIED as moot.

Dated: March 5, 2008